## STATE OF CONNECTICUT *v.* RICHARD W.

The defendant's petition for certification for appeal from the Appellate Court, 115 Conn. App. 124 (AC 28755), is denied.

NORCOTT, J., did not participate in the consideration of or decision on this petition.

*Darcy McGraw,* special public defender, in support of the petition.

*Denise B. Smoker,* senior assistant state's attorney, in opposition.

Decided September 17, 2009